

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00508-CV

Rudy **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO BUILDING STANDARDS BOARD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08659
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's Motion for Rehearing is GRANTED; we WITHDRAW our opinion and judgment dated September 10, 2014, and issue this opinion and judgment in their place.

This appeal is hereby REINSTATED on this court's docket

SIGNED November 12, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice